IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ASCENTIUM CAPITAL, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG ALEX ROSTAD and TERRY LEE CLEVELAND,<br><br>Defendants. | CV 21–150–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Joint Status Report and Request to Vacate Preliminary Pretrial Conference. (Doc. 9.) Counsel for the Plaintiff and Defendant Terry Lee Cleveland request that this Court vacate the currently scheduled preliminary pretrial conference because it is anticipated Defendant Craig Alex Rostad will appear with counsel soon. (*Id.*) The Court will grant the motion.

Accordingly, IT IS ORDERED the parties' request (Doc. 9) is GRANTED.

IT IS FURTHER ORDERED the preliminary pretrial conference and all associated deadlines (*see* Doc. 7) are VACATED, to be reset, by future order, upon Defendant Craig Alex Rostad's appearance.

DATED this 18th day of April, 2022.

_____
Dana L. Christensen, District Judge
United States District Court