IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ASCENTIUM CAPITAL, LLC, a Texas limited liability company,<br><br>        Plaintiff,<br>vs.<br><br>CRAIG ALEX ROSTAD and TERRY LEE CLEVELAND,<br><br>        Defendants. | CV 21–150–M–DLC<br><br>ORDER |

    Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 31.)  Plaintiff Ascentium Capital, LLC, and Defendants Craig Alex Rostad and Terry Lee Cleveland stipulate to the dismissal of this matter with prejudice under Rule 41(a)(1)(A)(ii), with each party to bear its own costs and fees. (*Id.*)

    Accordingly, IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE pursuant to the Parties' Stipulation (Doc. 31) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.  The Clerk of Court is directed to close the case file.

    Dated this 22nd day of February, 2023.

                                               Dana L. Christensen, District Judge
                                               United States District Court